```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA

NATIONWIDE MUTUAL FIRE         :  CIVIL ACTION NO. 10-2410
INSURANCE CO.,                 :
                PLAINTIFF      :
                               :
          V.                   :
                               :
FRANCIS MALOFIY,               :
                DEFENDANT      :
```

**<u>MOTION OF THE DEFENDANT, FRANCIS MALOFIY, FOR AN EXTENSION OF TIME TO ANSWER THE PLAINTIFF'S MOTION FOR JUDGMENT</u>**

The Defendant, Francis Malofiy, by his counsel, Samuel C. Stretton, Esquire, respectfully requests this Honorable Court grant him an additional twenty (20) days to respond to the Plaintiff's Motion for Judgment on the Pleadings for the following reasons:

1.  The Plaintiff, Nationwide Mutual Fire Insurance Company, filed a Motion for Judgment on the Pleadings on or about November 29, 2010.

2.  Defendant's counsel, Samuel C. Stretton, Esquire, has back to back trials over the next three weeks.

3.  Defendant's counsel, Samuel C. Stretton, Esquire, also has three or four major Briefs due.

4.  Defendant's counsel, Samuel C. Stretton, Esquire would respectfully request an additional twenty (20) days beyond the normal time period to file an Answer to the Motion for Judgment on the Pleadings.

WHEREFORE, the Defendant, Francis Malofiy, by his counsel, Samuel C. Stretton, Esquire, respectfully requests this Honorable Court grant him an additional twenty (20) days to file an Answer to the Plaintiff's Motion for Judgment on the Pleadings for the reasons above stated.

                              Respectfully submitted,

                              *s/Samuel C. Stretton*_____
                              Samuel C. Stretton, Esquire
                              Attorney for Defendant,
                               Francis Malofiy
                              301 South High Street
                              P.O. Box 3231
                              West Chester, PA  19381-3231
                              (610) 696-4243
                              Attorney I.D. No. 18491

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **NATIONWIDE MUTUAL FIRE INSURANCE CO.,** | : CIVIL ACTION NO. 10-2410 |
| **PLAINTIFF** | : |
| v. | : |
| **FRANCIS MALOFIY,** | : |
| **DEFENDANT** | : |

### CERTIFICATE OF SERVICE

I hereby certify I am this date serving a copy of the Defendant's Motion for an Extension of Time to File an Answer in the captioned matter upon the following persons in the manner indicated below.

Service by First Class Mail addressed as follows:

1. Michael A. Cognetti, Esquire
   Swartz, Campbell, LLC.
   Two Liberty Place, 28th Floor
   50 South 16th Street
   Philadelphia, PA  19102
   (215) 564-5190
   Attorney for Plaintiff,
   Nationwide Mutual Fire Insurance Company

2. Jordan S. Derringer, Esquire
   Swartz, Campbell, LLC.
   Two Liberty Place, 28th Floor
   50 South 16th Street
   Philadelphia, PA  19102
   (215) 564-5190
   Attorney for Plaintiff,
   Nationwide Mutual Fire Insurance Company

2. Francis Malofiy
   1253 Hunt Club Lane
   Media, PA  19063

                                          Respectfully submitted,

*December 1, 2010*               *s/Samuel C. Stretton*_____
        Date                    Samuel C. Stretton, Esquire
                                          Attorney for Defendant,
                                           Francis Malofiy
                                          301 South High Street
                                          P.O. Box 3231
                                          West Chester, PA  19381-3231
                                          (610) 696-4243
                                          Attorney I.D. No. 18491